RICHARD W. EPSTEIN (FLA. BAR NO: 229091)
(Pro Hac Vice Admission Pending)
Richard.Epstein@gmlaw.com
REBECCA F. BRATTER (FLA. BAR NO: 0685100)
(Pro Hac Vice Admission Pending)
Rebecca.Bratter@gmlaw.com
GREENSPOON MARDER, P.A.
Trade Centre South, Suite 700
100 W. Cypress Creek Road, Suite 700
Ft. Lauderdale, FL 33309
954-491-1120
954-343-6958(facsimile)

ROBERT S. BOULTER (SBN 153549)
rsb@lb-attorneys.com
PETER C. LAGARIAS (SBN 77091)
rsb@lb-attorneys.com
LAGARIAS & BOULTER, LLP
1629 Fifth Avenue
San Rafael, California  94901-1828
Telephone: (415) 460-0100
Facsimile: (415) 460-1099

*Attorneys for Defendants
Global Client Solutions, LLC and
Rocky Mountain Bank and Trust*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| HEATHER NEWTON, individually and behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN DEBT SERVICES, INC., a California corporation; QUALITY SUPPORT SERVICES, LLC, a California limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; and DOES 1-100,<br><br>    Defendants. | Case No: 5:11-cv-03228-EMC<br><br>CLASS ACTION<br><br>**PLAINTIFF HEATHER NEWTON DEFENDANTS GLOBAL CLIENT SOLUTIONS, LLC & ROCKY MOUNTAIN BANK & TRUST'S STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** ; ORDER |

Pursuant to both L. R. 6-1(a) & 6-2, Plaintiff Heather Newton ("Plaintiff") and Defendants Rocky Mountain Bank & Trust ("RMBT") and Global Client Solutions, LLC ("Global") (collectively, "Defendants") (all, "Parties") file this Stipulation to Extend Defendants' Deadline to Respond to the Class Action Complaint from November 4, 2011 to November 7, 2011, and state as follows:

WHEREAS, according to the parties' Stipulation dated October 10, 2011 ("Initial Stipulation") [D.E. 19], Defendants' deadline to respond to the Class Action Complaint is November 4, 2011.

WHEREAS, after conferring with Counsel for Plaintiff, due to competing time demands, the Parties hereby stipulate that Defendants may have through November 7, 2011 to file their response(s) to the Class Action Complaint.

WHEREAS, furthermore, this Stipulation does not affect the other agreed-upon deadlines from the Initial Stipulation as Plaintiff shall still have through December 2, 2011 to file her opposition to Defendants' forthcoming motion and Defendants shall have through December 23, 2011 to file their reply.

WHEREAS, this Stipulation will not have an effect on the schedule for this case.

**WHEREFORE**, Plaintiff Heather Newton and Defendants Rocky Mountain Bank & Trust and Global Client Solutions, LLC stipulate to extend the deadline for Defendants to respond to the Class Action Complaint from November 4, 2011 to November 7, 2011.

Respectfully submitted,

Dated: November 4, 2011

GREENSPOON MARDER, P.A.

By: __/s/ Richard W. Epstein_____
RICHARD W. EPSTEIN
(FLA. BAR NO: 229091)
(Pro Hac Vice Admission)
REBECCA F. BRATTER
(FLA. BAR NO: 0685100)
(Pro Hac Vice Admission)

Dated: November 4, 2011

LAGARIAS & BOULTER, LLP

By: __/s/ Robert S. Boulter_____
ROBERT S. BOULTER (SBN 153549)

*Attorneys for Defendants GLOBAL CLIENT SOLUTIONS, LLC & ROCKY MOUNTAIN BANK & TRUST*

Dated: November 4, 2011

By: __/s/ Tavy A. Dumont_____
TAVY A. DUMONT SBN (244946)
LAW OFFICE OF TAVY A. DUMONT
51 East Campbell Avenue, Suite 106-K
Campbell, California 95008-2054
Telephone: (408) 866-4460

*Attorney for Plaintiff and Proposed Class*

IT IS SO ORDERED.

_____
Edward M. Chen
U.S. District Judge

**IT IS SO ORDERED**
*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

　　　　　　　　　　　　　　　　/s/ Richard W. Epstein