# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| HEATHER NEWTON, individually and behalf of others similarly situated,<br><br>PLAINTIFF,<br><br>v.<br><br>AMERICAN DEBT SERVICES, INC., a California corporation; QUALITY SUPPORT SERVICES, LLC, a California limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; and DOES 1-100,<br><br>Defendants. | Case No: 5:11-cv-03228-EMC<br><br>CLASS ACTION<br><br>**ORDER ON STIPULATED REQUEST TO CONTINUE THE DATE OF THE CASE MANAGEMENT CONFERENCE** |

THIS CAUSE having come before the Court on Plaintiff Heather Newton ("Plaintiff") and Defendants Rocky Mountain Bank & Trust, Global Client Solutions, LLC, American Debt Services, Inc. and Quality Support Services, LLC (collectively, "Defendants") (all, "Parties") Stipulated Request to Continue the Date of the Case Management Conference, it is now thereupon,

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The Parties' Stipulation is GRANTED.

2. The Case Management Conference is rescheduled for January 27, 2012 at 9:00 a.m.

DONE AND ORDERED in ~~Chambers, at San Jo~~San Francisco, California, on this \_\_\_7th\_\_\_ day of November, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

7294489 v2

ORDER ON PARTIES' STIPULATED REQUEST TO CONTINUE C.M.C. – 5:11-CV-03228-EMC