William R. Mitchell (SBN 101858)
Justin M. Buhr (SBN 262861)
LOGAN RETOSKE LLP
31351 Rancho Viejo Road, Suite 202
San Juan Capistrano, CA  92675
Tel: 949-661-8610
Fax: 949-661-8611
Email: bill@loganretoske.com

Attorney for AMERICAN DEBT SERVICES
and QUALITY SUPPORT SERVICES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HEATHER L. NEWTON, individually and on behalf of others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>AMERICAN DEBT SERVICES, et al,<br><br>  Defendants. | Case No.: 3:11-cv-03228 EMC<br><br>**DECLARATION OF WILLIAM R. MITCHELL IN SUPPORT OF DEFENDANTS AMERICAN DEBT SERVICES, INC.'S AND QUALITY SUPPORT SERVICES, LLC'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS**<br><br>Date:    December 16, 2011<br>Time:   1:30 p.m.<br>Room.  Courtroom 5, 17th Floor |

I, William R. Mitchell, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California. I am associated with the law firm of Logan Retoske, LLP, counsel for Defendants American Debt Services, Inc. and Quality Support Services, LLC.

2. I make this declaration based upon facts of my own personal knowledge and if called upon to testify I could and would competently and truthfully do so.

3. A true and correct copy of the Debt Settlement Agreement entered into between Plaintiff, Heather Newton, and American Debt Services, Inc. is attached hereto as **Exhibit "A".**

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is
2 true and correct.

4  DATED: November 8, 2011          **LOGAN RETOSKE, LLP**

                                    By      /s/ *William R. Mitchell*
                                         William R. Mitchell
                                         Justin M. Buhr
                                         Attorneys for Defendant, AMERICAN DEBT
                                         SERVICES, INC. and QUALITY SUPPORT
                                         SERVICES, LLC

**CERTIFICATE OF SERVICE**

1
2   I hereby certify that on this 8th day of November, 2011, I electronically filed the foregoing
3   document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is
4   being served this day on all counsel of record or pro se parties in the manner specified, either via
5   transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized
6   manner for those counsel or parties who are not authorized to receive electronically Notices of
7   Electronic Filing.

             /s/ *William R. Mitchell*
             William R. Mitchell

---

**DECLARATION OF WILLIAM R. MITCHELL – 3:11-cv-03228-EMC**
-3-