| | |
|---|---|
| 1 | RICHARD W. EPSTEIN (FLA. BAR NO: 229091) |
| | (Pro Hac Vice Admission Pending) |
| 2 | Richard.Epstein@gmlaw.com |
| | REBECCA F. BRATTER (FLA. BAR NO: 0685100) |
| 3 | (Pro Hac Vice Admission Pending) |
| | Rebecca.Bratter@gmlaw.com |
| 4 | GREENSPOON MARDER, P.A. |
| | Trade Centre South, Suite 700 |
| 5 | 100 W. Cypress Creek Road, Suite 700 |
| | Ft. Lauderdale, FL 33309 |
| 6 | 954-491-1120 |
| | 954-343-6958(facsimile) |
| 7 | ROBERT S. BOULTER (SBN 153549) |
| | rsb@lb-attorneys.com |
| 8 | PETER C. LAGARIAS (SBN 77091) |
| | rsb@lb-attorneys.com |
| 9 | LAGARIAS & BOULTER, LLP |
| | 1629 Fifth Avenue |
| 10 | San Rafael, California 94901-1828 |
| | Telephone: (415) 460-0100 |
| 11 | Facsimile: (415) 460-1099 |

*Attorneys for Defendants*
*Global Client Solutions, LLC and*
*Rocky Mountain Bank and Trust*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| HEATHER NEWTON, individually and behalf of others similarly situated, | Case No: 5:11-cv-03228-EMC |
| Plaintiff, | CLASS ACTION |
| v. | **PLAINTIFF HEATHER NEWTON, DEFENDANTS' AMERICAN DEBT SERVICES, INC., GLOBAL CLIENT SOLUTIONS, LLC & ROCKY MOUNTAIN BANK & TRUST STIPULATION TO MODIFY BRIEFING SCHEDULE AND DATE OF HEARING ON DEFENDANTS' MOTIONS TO COMPEL ARBITRATION** |
| AMERICAN DEBT SERVICES, INC., a California corporation; QUALITY SUPPORT SERVICES, LLC, a California limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; and DOES 1-100, | |
| Defendants. | |

In accordance with U.S. District Judge Edward M. Chen's Civil Standing Order, Plaintiff Heather Newton ("Plaintiff") and Defendants American Debt Services, Inc. ("ADS"), Rocky Mountain Bank & Trust ("RMBT") and Global Client Solutions, LLC ("Global") (collectively, "Defendants") (all, "Parties") file this Stipulation to Modify the Briefing Schedule and Date of the Hearing on Defendants' respective Motions to Compel Arbitration [D.E. 36 & 39], and state as follows:

WHEREAS, according to the parties' Stipulation dated October 10, 2011, Global and RMBT were to file their response to Plaintiff's Complaint on November 4, 2011 [D.E. 19].

WHEREAS, according to the parties' subsequent Stipulation dated November 4, 2011 [D.E. 34], Global and RMBT received one additional business day, to November 7, 2011, to file their response to Plaintiff's Complaint; and, on November 7, 2011, Global and RMBT filed their Motion to Compel Arbitration. [D.E. 36].

WHEREAS, pursuant to the original and subsequent Stipulations, Plaintiffs Response to Global's and RMBT's Motion to Compel Arbitration is due December 2, 2011 and the Reply thereto is due December 23, 2011.

WHEREAS, ADS filed its Motion to Compel Arbitration on November 9, 2011.

WHEREAS, Plaintiffs Response to ADS's Motion to Compel Arbitration is

due November 23, 2011 and the Reply thereto is due November 30, 2011.

Whereas, the hearing on Defendants' respective Motions is set for December 16, 2011 at 1:30 p.m.

WHEREAS, after conferring with counsel for Plaintiff and ADS, due to competing time demands and the impending holidays, the Parties hereby stipulate that Plaintiff shall file her Response briefs to both Motions on December 23, 2011; and Defendants' shall have up through and including January 16, 2011 to file their respective Reply briefs.[1]

WHEREAS, the Parties stipulate to continuing the hearing on such Motions, which is currently set for December 16, 2011 to January 27, 2011 at 1:30 p.m.

WHEREAS, the Parties also suggest that the Case Management Conference currently set for January 27, 2011 be rescheduled for a date after which the Court rules upon Defendants' respective Motions to Compel Arbitration. This is the only effect the requested time modification has on the scheduling for this case.

**WHEREFORE**, Plaintiff and Defendants ADS, RMBT, and Global stipulate to extend the deadline for Responses to the Motions to Compel Arbitration to December 23, 2011, and the Replies thereto to January 16, 2011; and the hearing on same shall take place on January 27, 2011 at 1:30 p.m.

---

1. In the event that this Order is not entered prior to the deadline for which Plaintiff's Response to ADS's Motion to Compel Arbitration is due, then the normal Reply date of November 30, 2011 shall apply to ADS.

| | |
|---|---|
| Dated: November 22, 2011 | Respectfully submitted,<br><br>GREENSPOON MARDER, P.A.<br><br>By:   /s/ Richard W. Epstein<br>RICHARD W. EPSTEIN<br>(FLA. BAR NO: 229091)<br>(Pro Hac Vice Admission)<br>REBECCA F. BRATTER<br>(FLA. BAR NO: 0685100)<br>(Pro Hac Vice Admission) |
| Dated: November 22, 2011 | LAGARIAS & BOULTER, LLP<br><br>By:   /s/ Robert S. Boulter<br>ROBERT S. BOULTER (SBN 153549)<br><br>*Attorneys for Defendants GLOBAL CLIENT SOLUTIONS, LLC & ROCKY MOUNTAIN BANK & TRUST* |
| Dated: November 22, 2011 | By /s/ *William R. Mitchell*<br>William R. Mitchell<br>Justin M. Buhr<br>LOGAN RETOSKE LLP<br>31351 Rancho Viejo Road, Suite 202<br>San Juan Capistrano, CA 92675<br>Tel: 949-661-8610<br>Fax: 949-661-8611<br>Email: bill@loganretoske.com<br><br>*Attorneys for Defendant, AMERICAN DEBT SERVICES, INC. and QUALITY SUPPORT SERVICES, LLC.* |
| Dated: November 22, 2011 | By:   /s/ *Tavy A. Dumont*<br>TAVY A. DUMONT SBN (244946)<br>LAW OFFICE OF TAVY A. DUMONT<br>51 East Campbell Avenue, Suite 106-K<br>Campbell, California 95008-2054<br>Telephone: (408) 866-4460<br><br>*Attorney for Plaintiff and Proposed Class* |

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Richard W. Epstein

IT IS SO ORDERED that the oppositions shall be filed by 12/23/11.  Replies shall be filed by 1/13/2012.  The hearing is set for 1/27/12 at 1:30 p.m.  The case management conference is also reset for 1/27/12 at 1:30 p.m.  A joint CMC Statement shall be filed by 1/20/12.



_____
Edward M. Chen
U.S. District Judge

7459483 v1