RICHARD W. EPSTEIN (FLA. BAR NO: 229091)
**(Pro Hac Vice Admission)**
Richard.Epstein@gmlaw.com
REBECCA F. BRATTER (FLA. BAR NO: 0685100)
**(Pro Hac Vice Admission)**
Rebecca.Bratter@gmlaw.com
GREENSPOON MARDER, P.A.
Trade Centre South, Suite 700
100 W. Cypress Creek Road, Suite 700
Ft. Lauderdale, FL 33309
954-491-1120
954-343-6958(facsimile)

ROBERT S. BOULTER (SBN 153549)
rsb@lb-attorneys.com
PETER C. LAGARIAS (SBN 77091)
rsb@lb-attorneys.com
LAGARIAS & BOULTER, LLP
1629 Fifth Avenue
San Rafael, California  94901-1828
Telephone: (415) 460-0100
Facsimile: (415) 460-1099

*Attorneys for Defendants*
*Global Client Solutions, LLC and*
*Rocky Mountain Bank and Trust*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HEATHER NEWTON, individually and behalf of others similarly situated, | Case No:  5:11-cv-03228-EMC |
| Plaintiff, | CLASS ACTION |
| v. | **ORDER ON STIPULATED REQUEST TO CONTINUE THE DATE OF THE CASE MANAGEMENT CONFERENCE** |
| AMERICAN DEBT SERVICES, INC., a California corporation; QUALITY SUPPORT SERVICES, LLC, a California limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; and DOES 1-100, | |
| Defendants. | |

THIS CAUSE having come before the Court on Plaintiff Heather Newton ("Plaintiff") and Defendants Rocky Mountain Bank & Trust, Global Client Solutions, LLC, American Debt Services, Inc. and Quality Support Services, LLC (collectively, "Defendants") (all, "Parties") Stipulated Request to Continue the Date of the Case Management Conference, it is now thereupon,

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The Parties' Stipulation is GRANTED.

2. The Case Management Conference is rescheduled for ~~March 30, 2012~~ April 6, 2012 at 9:00 a.m. A joint CMC statement shall be filed by March 30, 2012.

DONE AND ORDERED in Chambers, at San Jose, California, on this ____16th____ day of February, 2012.



_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

ORDER ON PARTIES' STIPULATED REQUEST TO CONTINUE C.M.C. – 5:11-CV-03228-EMC