RICHARD W. EPSTEIN (FLA. BAR NO: 229091)
(Pro Hac Vice Admission Pending)
Richard.Epstein@gmlaw.com
REBECCA F. BRATTER (FLA. BAR NO: 0685100)
(Pro Hac Vice Admission Pending)
Rebecca.Bratter@gmlaw.com
GREENSPOON MARDER, P.A.
Trade Centre South, Suite 700
100 W. Cypress Creek Road, Suite 700
Ft. Lauderdale, FL 33309
954-491-1120
954-343-6958(facsimile)

ROBERT S. BOULTER (SBN 153549)
rsb@lb-attorneys.com
PETER C. LAGARIAS (SBN 77091)
rsb@lb-attorneys.com
LAGARIAS & BOULTER, LLP
1629 Fifth Avenue
San Rafael, California 94901-1828
Telephone: (415) 460-0100
Facsimile: (415) 460-1099

*Attorneys for Defendants*
*Global Client Solutions, LLC and*
*Rocky Mountain Bank and Trust*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HEATHER NEWTON, individually and behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN DEBT SERVICES, INC., a California corporation; QUALITY SUPPORT SERVICES, LLC, a California limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; and DOES 1-100,<br><br>Defendants. | Case No: 3:11-cv-03228-EMC<br><br>CLASS ACTION<br><br>**PROPOSED ORDER ON GLOBAL CLIENT SOLUTIONS, LLC, ROCKY MOUNTAIN BANK AND TRUST, AND PLAINTIFF'S STIPULATION RE: DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT [D.E. 11].** |

THIS CAUSE having come before the Court on Plaintiff Heather Newton ("Plaintiff") and Defendants Rocky Mountain Bank & Trust and Global Client Solutions, LLC (collectively, "Defendants") (all, "Parties") Stipulation pertaining to Defendants' deadline to respond to Plaintiff's First Amended Class Action Complaint [D.E. 11], it is now thereupon,

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The Parties' Stipulation is GRANTED.
2. Defendants' response to Plaintiff's First Amended Class Action Complaint shall be filed on or before April 19, 2012.

DONE AND ORDERED in Chambers, at San Francisco, California, on this ___10th___ day of ~~March~~ April, 2012.



_____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

2
PROPOSED ORDER ON STIPULATION