RICHARD W. EPSTEIN (FLA. BAR NO: 229091)
(Pro Hac Vice Admission Pending)
Richard.Epstein@gmlaw.com
REBECCA F. BRATTER (FLA. BAR NO: 0685100)
(Pro Hac Vice Admission Pending)
Rebecca.Bratter@gmlaw.com
GREENSPOON MARDER, P.A.
Trade Centre South, Suite 700
100 W. Cypress Creek Road, Suite 700
Ft. Lauderdale, FL 33309
954-491-1120
954-343-6958(facsimile)

ROBERT S. BOULTER (SBN 153549)
rsb@lb-attorneys.com
PETER C. LAGARIAS (SBN 77091)
rsb@lb-attorneys.com
LAGARIAS & BOULTER, LLP
1629 Fifth Avenue
San Rafael, California 94901-1828
Telephone: (415) 460-0100
Facsimile: (415) 460-1099

*Attorneys for Defendants*
*Global Client Solutions, LLC and*
*Rocky Mountain Bank and Trust*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HEATHER NEWTON, individually and behalf of others similarly situated,<br><br>　　　　PLAINTIFF,<br><br>v.<br><br>AMERICAN DEBT SERVICES, INC., a California corporation; QUALITY SUPPORT SERVICES, LLC, a California limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; and DOES 1-100,<br><br>　　　　Defendants. | Case No: 3:11-CV-03228-EMC<br><br>CLASS ACTION<br><br>**PROPOSED ORDER ON GLOBAL CLIENT SOLUTIONS, LLC, ROCKY MOUNTAIN BANK AND TRUST, AND PLAINTIFF'S STIPULATION RE: DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT [D.E. 11].** |

THIS CAUSE having come before the Court on Plaintiff Heather Newton ("Plaintiff") and Defendants Rocky Mountain Bank & Trust and Global Client Solutions, LLC (collectively, "Defendants") (all, "Parties") Stipulation pertaining to Defendants' deadline to respond to Plaintiff's First Amended Class Action Complaint [D.E. 11], it is now thereupon,

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The Parties' Stipulation is GRANTED.
2. Defendants' response to Plaintiff's First Amended Class Action Complaint shall be filed on or before **May 17, 2012**.

DONE AND ORDERED in Chambers, at San Francisco, California, on this 20th _____day of April, 2012.



_____
UNITED STATES DISTRICT COURT JUDGE