RICHARD W. EPSTEIN (FLA. BAR NO: 229091)
(Admitted Pro Hac Vice)
Richard.Epstein@gmlaw.com
REBECCA F. BRATTER (FLA. BAR NO: 0685100)
(Admitted Pro Hac Vice)
Rebecca.Bratter@gmlaw.com
GREENSPOON MARDER, P.A.
200 East Broward Blvd., Suite 1500
Ft. Lauderdale, FL 33301
954-491-1120
954-343-6958(facsimile)

ROBERT S. BOULTER (SBN 153549)
rsb@lb-attorneys.com
PETER C. LAGARIAS (SBN 77091)
rsb@lb-attorneys.com
LAGARIAS & BOULTER, LLP
1629 Fifth Avenue
San Rafael, California  94901-1828
Telephone: (415) 460-0100
Facsimile: (415) 460-1099

*Attorneys for Defendants*
*Global Client Solutions, LLC and*
*Rocky Mountain Bank and Trust*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HEATHER NEWTON, individually and behalf of others similarly situated,<br><br>           PLAINTIFF,<br><br>v.<br><br>AMERICAN DEBT SERVICES, INC., a California corporation; QUALITY SUPPORT SERVICES, LLC, a California limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; and DOES 1-100,<br><br>           Defendants. | Case No:  3:11-CV-03228-EMC<br><br>CLASS ACTION<br><br>**P~~RO~~POSED ORDER ON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE [DOC. 86], HEARING ON MOTION TO STAY [DOC. 88], AND DEADLINE FOR RESPONSE TO AMENDED COMPLAINT** |

1  THIS CAUSE having come before the Court on Plaintiff Heather Newton ("Plaintiff")
2  and Defendants Rocky Mountain Bank & Trust ("RMBT"), Global Client Solutions, LLC
3  ("Global"), American Debt Services, Inc, and Quality Support Services, LLC (collectively,
4  "Defendants") (all, "Parties") Stipulation to continue the Case Management Conference, hearing
5  on Motion to Stay, and deadline to respond to Amended Class Action Complaint, it is now
6  thereupon,

7  PURSUANT TO STIPULATION, IT IS SO ORDERED:

8  1. The Parties' Stipulation is GRANTED.

9  2. The Case Management Conference is continued to July ~~27~~ 31, 2012 at ~~9:00 am~~ 1:30 p.m. A joint CMC statement shall be filed by July 20, 2012.

10  3. The hearing on Global and RMBT's Motion to Stay is continued to July ~~27~~ 31, 2012 at
11  1:30 pm. Opposition remains to be due 5/29/12. Reply due 6/5/12.

12  4. Global and RMBT's respective response to Plaintiff's First Amended Class Action
13  Complaint shall be due within one (1) after the Court enters an order on the Motion to
14  Stay.

15  DONE AND ORDERED in Chambers, at San Francisco, California, on this
16  __17th__ day of May, 2012.

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*
UNITED STATES DISTRICT JUDGE

2
PROPOSED ORDER ON STIPULATION