RICHARD W. EPSTEIN (FLA. BAR NO: 229091)
(Admitted Pro Hac Vice)
Richard.Epstein@gmlaw.com
REBECCA F. BRATTER (FLA. BAR NO: 0685100)
(Admitted Pro Hac Vice)
Rebecca.Bratter@gmlaw.com
GREENSPOON MARDER, P.A.
200 East Broward Blvd., Suite 1500
Ft. Lauderdale, FL 33301
954-491-1120
954-343-6958(facsimile)

ROBERT S. BOULTER (SBN 153549)
rsb@lb-attorneys.com
PETER C. LAGARIAS (SBN 77091)
rsb@lb-attorneys.com
LAGARIAS & BOULTER, LLP
1629 Fifth Avenue
San Rafael, California  94901-1828
Telephone: (415) 460-0100
Facsimile: (415) 460-1099

*Attorneys for Defendants*
*Global Client Solutions, LLC and*
*Rocky Mountain Bank and Trust*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HEATHER NEWTON, individually and behalf of others similarly situated,<br><br>       PLAINTIFF,<br><br>v.<br><br>AMERICAN DEBT SERVICES, INC., a California corporation; QUALITY SUPPORT SERVICES, LLC, a California limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; and DOES 1-100,<br><br>       Defendants. | ) Case No:  3:11-CV-03228-EMC<br>)<br>) CLASS ACTION<br>)<br>) **PROPOSED ORDER ON STIPULATION**<br>) **DEFENDANT GLOBAL CLIENT**<br>) **SOLUTIONS, LLC & ROCKEY**<br>) **MOUNTAIN BANK & TRUST AND**<br>) **PLAINTIFF HEATHER NEWTON'S**<br>) **STIPULATION TO EXTEND**<br>) **DEFENDANTS' DEADLINE TO FILE A**<br>) **REPLY ON THE MOTION TO STAY**<br>)<br>)<br>) |

THIS CAUSE having come before the Court on Defendants Rocky Mountain Bank & Trust ("RMBT"), Global Client Solutions, LLC ("Global"), (collectively, "Defendants") and Plaintiff Heather Newton ("Plaintiff") (all, "Parties") Stipulation to Extend Defendants' deadline to file their Reply to Plaintiff's Memorandum in Opposition to the Motion to Stay (the "Response"), it is now thereupon,

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The Parties' Stipulation is GRANTED.

2. Global and RMBT's reply(s) to Plaintiff's Response shall be due on June 7, 2012.

DONE AND ORDERED in Chambers, at San Francisco, California, on this ____6th____ day of June, 2012.



_____
UNITED STATES DISTRICT JUDGE

9432253 .14022.0116v1

PROPOSED ORDER ON STIPULATION