1  RICHARD W. EPSTEIN (FLA. BAR NO: 229091)
   **(Pro Hac Vice Admission)**
2  Richard.Epstein@gmlaw.com
   REBECCA F. BRATTER (FLA. BAR NO: 0685100)
3  **(Pro Hac Vice Admission)**
   Rebecca.Bratter@gmlaw.com
4  GREENSPOON MARDER, P.A.
   200 East Broward Blvd., Suite 1500
5  Ft. Lauderdale, FL 33301
   954-491-1120
6  954-343-6958(facsimile)

7  ROBERT S. BOULTER (SBN 153549)
   rsb@lb-attorneys.com
8  PETER C. LAGARIAS (SBN 77091)
   rsb@lb-attorneys.com
9  LAGARIAS & BOULTER, LLP
   1629 Fifth Avenue
10 San Rafael, California  94901-1828
   Telephone: (415) 460-0100
11 Facsimile: (415) 460-1099

12 *Attorneys for Defendants*
   *Global Client Solutions, LLC and*
13 *Rocky Mountain Bank and Trust*

14                  **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
15                     **SAN FRANCISCO DIVISION**

16

17 HEATHER NEWTON, individually and)
   behalf of others similarly situated,          ) Case No:  3:11-CV-03228-EMC
18                                               )
                   PLAINTIFF,                     ) CLASS ACTION
19                                               )
   v.                                            ) **PROPOSED ORDER ON GLOBAL**
20                                               ) **CLIENT SOLUTIONS, LLC, ROCKY**
   AMERICAN DEBT SERVICES, INC., a               ) **MOUNTAIN BANK AND TRUST, AND**
21 California corporation; QUALITY SUPPORT       ) **PLAINTIFF'S STIPULATION RE:**
   SERVICES, LLC, a California limited liability ) **DEADLINE TO RESPOND TO FIRST**
22 company; GLOBAL CLIENT SOLUTIONS,             ) **AMENDED COMPLAINT [D.E. 11].**
   LLC; ROCKY MOUNTAIN BANK AND                  )
23 TRUST; and DOES 1-100,                        )
                                                 )
24                 Defendants.                    )
                                                 )
25 _____           )

26

27

28

                          PROPOSED ORDER ON STIPULATION

1  THIS CAUSE having come before the Court on Plaintiff Heather Newton ("Plaintiff")

2  and Defendants Rocky Mountain Bank & Trust and Global Client Solutions, LLC (collectively,

3  "Defendants") (all, "Parties") Stipulation pertaining to Defendants' deadline to file their

4  respective Answers to Plaintiff's First Amended Class Action Complaint [D.E. 11], it is now

5  thereupon,

6  PURSUANT TO STIPULATION, IT IS SO ORDERED:

7  1.  The Parties' Stipulation is GRANTED.

8  2.  Defendants' respective Answers to Plaintiff's First Amended Class Action Complaint

9      shall be filed on or before September 5, 2012.

10  DONE AND ORDERED in Chambers, at San Francisco, California, on this

11  ____10th____day of August, 2012.



UNITED STATES                    JUDGE

IT IS SO ORDERED

Judge Edward M. Chen

PROPOSED ORDER ON STIPULATION