William R. Mitchell (SBN 101858)
LOGAN RETOSKE LLP
31351 Rancho Viejo Road, Suite 202
San Juan Capistrano, CA  92675
Tel: 949-489-1251
Fax: 949-489-1257
Email: bill@loganretoske.com

Attorney for AMERICAN DEBT SERVICES and
QUALITY SUPPORT SERVICES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HEATHER L. NEWTON, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN DEBT SERVICES, INC., a California corporation; QUALITY SUPPORT SERVICES, LLC, a California limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK & TRUST; and DOES 1-100,<br><br>    Defendants. | Case No.: 3:11-cv-03228 EMC<br><br>Assigned for all purposes to:<br><br>**PROPOSED ORDER GRANTING DEFENDANT'S COUNSEL, WILLIAM R. MITCHELL FOR LOGAN RETOSKE, LLP TO APPEAR TELEPHONICALLY FOR MOTION TO BE RELIEVED AS COUNSEL AND CMC**<br><br>[Hon. Edward M. Chen]<br>Hearing Date: September 28, 2012<br>Hearing Time: 1:30 p.m.<br>Room: Courtroom 5, 17th Floor<br>Action filed: June 29, 2011<br>Trial date: None Set |

## PROPOSED ORDER

THIS MOTION having been scheduled to be heard by the Court on September 28, 2012 at 1:30 p.m. on Defendant's American Debt Services, Inc. and Quality Support Services, LLC Motion to Withdraw as Attorney for Defendant's and Case Management Conference, Defendant's COUNSEL requests to be heard telephonically for the above stated matters as this reasoning:

   1. To save expense to client American Debt Services, Inc., including travel time and travel expenses; and

2. William R. Mitchell is preparing for a three day arbitration that commences October 3, 2012.

It is ORDERED that:

1. Defendant's Counsel William R. Mitchell of Logan Retoske, LLP to appear telephonically for Motion to be Relieved as Counsel and Case Management Conference is GRANTED.  The Court will call William Mitchell between 1:30 and 4:00 pm.

DATED: September 27, 2012



_____
Honorable Edward M. Chen

**PROPOSED ORDER GRANTING DEFENDANT'S COUNSEL, WILLIAM R. MITCHELL FOR LOGAN RETOSKE, LLP TO APPEAR TELEPHONICALLY FOR MOTION TO BE RELIEVED AS COUNSEL AND CMC**

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     )
COUNTY OF ORANGE     )

I am employed in the County of Orange, State of California, I am over the age of 18 years and not a party to the within action; my business address is 31351 Rancho Viejo Rd, Suite 202, San Juan Capistrano, California 92675.

On September 24, 2012, I served the foregoing document described as:

**PROPOSED ORDER GRANTING DEFENDANT'S COUNSEL, WILLIAM R. MITCHELL FOR LOGAN RETOSKE, LLP TO APPEAR TELEPHONICALLY FOR MOTION TO BE RELIEVED AS COUNSEL AND CMC**

Said document was served on the interested party or parties in this action by placing a true copy thereof, enclosed in a sealed envelope, and addressed as noted below.

**See Attached Service List**

__X__ (By Mail) I am familiar with our firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Juan Capistrano, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one working day after the date of deposit for mailing in this declaration.

____ (By Mail) I deposited such envelope in the mail at San Juan Capistrano, California. The envelope was mailed with postage thereon fully prepaid.

____ (By Facsimile) In addition to regular mail, I sent this document via facsimile, number(s) as listed on the attached mailing list.

____ (By Personal Service) Such envelope was delivered by hand to the below addressee.

____ (By Overnight Mail) I arranged for such envelope was delivered to the following addresses by overnight mail.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 24, 2012 at San Juan Capistrano, California.

_____
Sherri Traficante

**Service List**

American Debt Services, Inc.
Eric Graziano
610 Newport Center Drive
Suite 210
Newport Beach, CA 92660

Tavy A. Dumont
LAW OFFICE OF TAVY A. DUMONT
51 East Campbell Avenue, Suite 106-K
Campbell, California  95008-2054

William E. Kennedy
CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, California 95050

Sarah Blanco, COO
QUALITY SUPPORT SERVICES
18400 Von Karman Ave.
Ste. 1100
Irvine, CA 92612-0517

Carlos Lopez, Manager
QUALITY SUPPORT SERVICES
18400 Von Karman Ave.
Ste. 1100
Irvine, CA 92612-0517