United States District Court

For the Northern District of California

1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                         NORTHERN DISTRICT OF CALIFORNIA

7

8   HEATHER NEWTON,                              No. C-11-3228 EMC

9              Plaintiff,

10        v.                                      **ORDER GRANTING WILLIAM R.
                                                  MITCHELL'S MOTION TO
11  AMERICAN DEBT SERVICES, INC., *et al.*,       WITHDRAW AS COUNSEL FOR
                                                  DEFENDANT QUALITY SUPPORT
12             Defendants.                        SERVICES, LLC**

13  _____/             **(Docket No. 102)**

14

15

16        This order memorializes the rulings made by the Court during the hearing on September 28,

17  2012.

18        1.      Counsel's motion to withdraw as counsel for Quality Support Services, LLC ("QSS")

19  is **GRANTED**.  QSS has until **November 12, 2012**, to obtain new counsel *and* have that counsel

20  make an appearance in this case.  *See* Civ. L.R. 3-9(b) (providing that "[a] corporation,

21  unincorporated association, partnership or other such entity may appear only through a member of

22  the bar of this Court").  QSS is forewarned that, should it fail to obtain counsel, then Plaintiff may

23  seek a default judgment against it.  Counsel shall ensure that a copy of this order is immediately

24  served on the appropriate QSS representative.  A proof of service shall be promptly filed.

25        2.      The Court shall not, as a matter, bifurcate discovery.  However, it expects that

26  discovery related solely to merits issues (as opposed to class certification issues) shall be deferred

27  until after class certification proceedings have concluded.

28

3.      Plaintiff shall file her motion for class certification by **April 18, 2013**.  Briefing on the motion shall be in compliance with the Civil Local Rules.

This order disposes of Docket No. 102.

IT IS SO ORDERED.

Dated:  October 2, 2012

_____
EDWARD M. CHEN
United States District Judge

United States District Court
For the Northern District of California

2