UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER NEWTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN DEBT SERVICES, INC., *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C-11-3228 EMC<br><br>**AMENDED ORDER GRANTING WILLIAM R. MITCHELL'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT QUALITY SUPPORT SERVICES, LLC**<br><br>**(Docket No. 102)** |

　　　　This order memorializes the rulings made by the Court during the hearing on September 28, 2012.

　　　　1.　　Counsel's motion to withdraw as counsel for Quality Support Services, LLC ("QSS") is **GRANTED**. QSS has until **November 12, 2012**, to obtain new counsel *and* have that counsel make an appearance in this case. *See* Civ. L.R. 3-9(b) (providing that "[a] corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court"). QSS is forewarned that, should it fail to obtain counsel, then Plaintiff may seek a default judgment against it. Counsel shall ensure that a copy of this order is immediately served on the appropriate QSS representative. A proof of service shall be promptly filed. **Counsel shall also have a continuing obligation to forward any papers received in conjunction with this litigation to the appropriate QSS representative.**

2. The Court shall not, as a matter, bifurcate discovery. However, it expects that discovery related solely to merits issues (as opposed to class certification issues) shall be deferred until after class certification proceedings have concluded.

3. Plaintiff shall file her motion for class certification by **April 18, 2013**. Briefing on the motion shall be in compliance with the Civil Local Rules.

This order disposes of Docket No. 102.

IT IS SO ORDERED.

Dated: October 3, 2012

_____
EDWARD M. CHEN
United States District Judge