1  William R. Mitchell (SBN 101858)
   WILIAM R. MITCHELL, INC.
2  31351 Rancho Viejo Road, Suite 202
   San Juan Capistrano, CA  92675
3  Tel: 949-489-1251
   Fax: 949-489-1257
4  Email: bill@wrmbizlaw.com

5
   Attorney for AMERICAN DEBT SERVICES and
6  QUALITY SUPPORT SERVICES

7
                   **UNITED STATES DISTRICT COURT**
8
                 **NORTHERN DISTRICT OF CALIFORNIA**
9
                         **SAN JOSE DIVISION**
10

| | |
|---|---|
| 11  HEATHER L. NEWTON, individually and on )<br>behalf of others similarly situated,   ) | Case No.: 3:11-cv-03228 EMC |
| 12       Plaintiff,                           ) | Assigned for all purposes to: |
| 13  vs.                                        ) | **~~PROPOSED~~ ORDER GRANTING**<br>**DEFENDANT'S COUNSEL, WILLIAM R.** |
| 14  AMERICAN DEBT SERVICES, INC., a           ) | **MITCHELL FOR LOGAN RETOSKE, LLP**<br>**TO APPEAR TELEPHONICALLY FOR** |
| 15  California corporation; QUALITY SUPPORT   )<br>SERVICES, LLC, a California limited liability )<br>company; GLOBAL CLIENT SOLUTIONS, ) | **MOTION TO WITHDRAW AS COUNSEL** |
| 16  LLC; ROCKY MOUNTAIN BANK &               ) | Hon. Edward M. Chen |
| 17  TRUST; and DOES 1-100,                     )<br>         Defendants.                       ) | Date: March 21, 2013<br>Hearing Time: 1:30 p.m. |
| 18                                             ) | Room: Courtroom 5, 17th Floor<br>Action filed: June 29, 2011 |
| 19                                             ) | Trial date: None Set |

20

21                        **PROO~~SE~~D ORDER**

22       THIS MOTION having been scheduled to be heard by the Court on March 21, 2013 at 1:30

23  p.m. on Defendant's American Debt Services, Inc. and Quality Support Services, LLC Motion to

24  Withdraw as Counsel for Defendant's. Defendant's COUNSEL requests to be heard

25  telephonically for the above stated matter as this reasoning:

26       1.  To save expense to client American Debt Services, Inc., including travel time and

27            travel expenses; and

28

1       2.  William R. Mitchell has a Deposition to attend for representation of a client for another

2       case (Exhibit A) scheduled for 10:00 a.m. on March 21, 2013 in Irvine, CA.

3 It is ORDERED that:

4       Defendant's Counsel William R. Mitchell of Logan Retoske, LLP to appear telephonically

5 for Motion to Withdraw as Counsel is GRANTED.   **The Court will call Mr. Mitchell at his office**

6                                                                    **number between 1:30 and 3:30 p.m. on**

                                                               **3/21/13.**

7 DATED: March ___18___, 2013

8                          By   _____

9                          Honorable Judge Edward M. Chen



PROPOSED ORDER GRANTING DEFENDANT'S COUNSEL, WILLIAM R. MITCHELL FOR LOGAN
RETOSKE, LLP TO APPEAR TELEPHONICALLY FOR MOTION TO WITHDRAW AS COUNSEL

**PROOF OF SERVICE**

STATE OF CALIFORNIA   )
                      )
COUNTY OF ORANGE      )

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action; my business address is 31351 Rancho Viejo Rd, Suite 202, San Juan Capistrano, California 92675.

On March ___, 2013, I served the foregoing document described as:

**PROPOSED ORDER GRANTING DEFENDANT'S COUNSEL, WILLIAM R. MITCHELL FOR LOGAN RETOSKE, LLP TO APPEAR TELEPHONICALLY FOR MOTION TO WITHDRAW AS COUNSEL**

Said document was served on the interested party or parties in this action by placing a true copy thereof, enclosed in a sealed envelope, and addressed as noted below.

**See Attached Service List**

__X__ (By Mail) I am familiar with our firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Juan Capistrano, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one working day after the date of deposit for mailing in this declaration.

____ (By Mail) I deposited such envelope in the mail at San Juan Capistrano, California. The envelope was mailed with postage thereon fully prepaid.

____ (By Facsimile) In addition to regular mail, I sent this document via facsimile, number(s) as listed on the attached mailing list.

____ (By Personal Service) Such envelope was delivered by hand to the below addressee.

____ (By Overnight Mail) I arranged for such envelope was delivered to the following addresses by overnight mail.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 14, 2013 at San Juan Capistrano, California.

_____
Sherri Traficante

**SERVICE LIST**

American Debt Services, Inc.
Eric Graziano
610 Newport Center Drive
Suite 210
Newport Beach, CA 92660

8001 Irvine Center Drive,
Suite 1200
Irvine, CA 92618

Tavy A. Dumont
LAW OFFICE OF TAVY A. DUMONT
51 East Campbell Avenue, Suite 106-K
Campbell, California  95008-2054

William E. Kennedy
CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, California 95050

Sarah Blanco, COO
QUALITY SUPPORT SERVICES
18400 Von Karman Ave.
Ste. 1100
Irvine, CA 92612-0517

Carlos Lopez, Manager
QUALITY SUPPORT SERVICES
18400 Von Karman Ave.
Ste. 1100
Irvine, CA 92612-0517

EXHIBIT A

1  Michaela L. Sozio, Esq., SBN 179148
   Monica R. Dean, Esq., SBN 255372
2  TRESSLER LLP
   1901 Avenue of the Stars, Suite 450
3  Los Angeles, CA 90067
   Telephone:   (310) 203-4800
4  Facsimile:   (310) 203-4850

5  Timothy D. Elliott, Esq. (*Pro Hac Vice Pending*)
   Gregory W. Jones, Esq. (*Pro Hac Vice Pending*)
6  Emily A. Shupe, Esq. (*Pro Hac Vice Pending*)
   Kaitlyn Anne Wild, Esq. (*Pro Hac Vice Pending*)
7  RATHJE & WOODWARD, LLC
   300 E. Roosevelt Road, Suite 300
8  Wheaton, Illinois 60187
   Telephone: (630) 510-4910
9  Facsimile: (630) 510-4931

10 Attorneys for Defendants LEGAL HELPERS DEBT
   RESOLUTION, LLC, THOMAS G. MACEY,
11 JEFFERY J. ALEMAN, JEFFREY S. HYSLIP, and
   JASON E. SEARNS

12

13            **SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

14            **COUNTY OF ORANGE, CENTRAL JUSTICE CENTER**

15

16 JEM GROUP, INC., a Nevada corporation,          CASE NO. 30-2012-00557471-CU-CO-CJC
   and CDS CLIENT SERVICES, INC., a
17 California corporation,                          **NOTICE OF TAKING THE DEPOSITION
                                                    OF MARC PENSO**
18             Plaintiffs,
                                                    **[C.C.P. § 2025.010]**
19       vs.

20 LEGAL HELPERS DEBT
   RESOLUTION, LLC, a Nevada limited
21 liability company a/k/a Law Offices of           DATE:   March 21, 2013
   Macey, Aleman, Hyslip & Searns,                  TIME:   10:00 a.m.
22 THOMAS G. MACEY, JEFFREY J.                      PLACE:  Tressler LLP
   ALEMAN, JEFFREY S. HYSLIP, JASON                         18100 Von Karman, Suite 800
23 E. SEARNS, and DOES 1 through 10,                         Irvine, CA 92612
   inclusive,                                               Telephone: (949) 336-1200
24
               Defendants.
25

26 *AND RELATED CROSS ACTIONS*

27

28

1   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2         **NOTICE IS HEREBY GIVEN,** pursuant to California *Code of Civil Procedure*, § 2026.010

3   (a), that Defendants/Cross-Complainants LEGAL HELPERS DEBT RESOLUTION, LLC will take

4   deposition of MARC PENSO on March 21, 2013 at 10:00 a.m.

5         The deposition shall be taken upon oral examination before a certified shorthand reporter or

6   other officer authorized to administer oaths who is present at Tressler, LLP, 18100 Von Karman,

7   Suite 800, Irvine, CA 92612, telephone (949) 336-1200.  The deposition shall continue day to day,

8   except Saturdays, Sundays and holidays, until completed.

9         NOTICE IS HEREBY FURTHER GIVEN, pursuant to California *Code of Civil Procedure*,

10  §§ 2025.220(a)(5), that Defendants will record the testimony by audio and video technology and use

11  such audio and video recording at trial.

12

13  DATED: February 5, 2013

14                                    TRESSLER, LLP

15

16

17                         By: _____
                                Michaela L. Sozio
18                              Monica R. Dean
                                Attorneys for Defendants LEGAL HELPERS
19                              DEBT RESOLUTION, LLC, THOMAS G. MACEY,
                                JEFFERY J. ALEMAN, JEFFREY S. HYSLIP, and
20                              JASON E. SEARNS

21

22

23

24

25

26  #126764 (10651-1)

27

28

                                        2

1

**PROOF OF SERVICE**
*JEM Group, Inc. vs. Legal Helpers Debt Resolution, LLC, et al.*
OCSC Case No. 30-2012-00557471-CU-CO-CJC
TSMP NO.: 10651-1

3

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, California 90067-6006. Upon this day, I served a copy of the attached **NOTICE OF TAKING THE DEPOSITION OF MARC PENSO** on all interested parties through their attorneys of record by placing a true and correct copy thereof in a sealed envelope addressed as follows:

7

Attorneys for Plaintiffs

Steven L. Krongold, Esq.
KRONGOLD LAW CORP.
A Professional Corporation
8105 Irvine Center Drive, Suite 900
Irvine, CA 92618
Telephone: (949) 651-1900
Facsimile: (949) 861-9225
Email: steve@kkrongoldlaw.com

Attorneys for Legal Services Support
Group, LLC

Marc S. Carlson
THE CARLSON FIRM
4 Park Plaza, Suite 1040
Irvine, CA 92614
Telephone: (949) 260-9846
Facsimile: (949) 242-5116

Email:
mcarlson@marccarlsonlaw.com

Attorneys for Legal Services Support
Group, LLC

William R. Mitchell
Logan & Retoske, LLP
31351 Rancho Viejo Road, Suite 202
San Juan Capistrano, CA 92675
Telephone: (949) 489-1251
Facsimile: (949) 489-1257
Email: bill@loganretoske.com

19

☒ **BY ELECTRONIC SERVICE (E-MAIL):** I caused such documents to be delivered electronically by e-mail to the above e-mail addressee(s).

☒ **VIA FIRST-CLASS MAIL (CCP §§ 1013, et seq.)** - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it will be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this *5th* day of February, 2013, at Los Angeles, California.

_Lis Espinoza_
Lis Espinoza

#126764 (10651-1)

3