UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER NEWTON,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICAN DEBT SERVICES, INC., *et al.*,<br><br>        Defendants.<br>_____/ | No. C-11-3228 EMC<br><br>**ORDER GRANTING WILLIAM R. MITCHELL'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AMERICAN DEBT SERVICES, INC.**<br><br>**(Docket No. 121)** |

        This order memorializes the rulings made by the Court during the hearing on March 21, 2013.

        Counsel's motion to withdraw as counsel for American Debt Services, Inc. ("ADS") is **GRANTED**. QSS has until **May 20, 2013**, to obtain new counsel *and* have that counsel make an appearance in this case. *See* Civ. L.R. 3-9(b) (providing that "[a] corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court"). ADS is forewarned that, should it fail to obtain counsel, then it will be found in default and Plaintiff may seek entry of a default judgment against it.

        Counsel shall ensure that a copy of this order is immediately served on the appropriate ADS representative. A proof of service shall be promptly filed. In addition, counsel shall immediately

///

///

provide the Courtroom Deputy with all contact information that he has for ADS. Counsel shall also have a continuing obligation to forward any papers received in conjunction with this litigation to the appropriate ADS representative.

This order disposes of Docket No. 121.

IT IS SO ORDERED.

Dated: March 21, 2013

_____
EDWARD M. CHEN
United States District Judge

2