RICHARD W. EPSTEIN (FLA. BAR NO: 229091)
**(Pro Hac Vice Admission)**
Richard.Epstein@gmlaw.com
REBECCA F. BRATTER (FLA. BAR NO: 0685100)
**(Pro Hac Vice Admission)**
Rebecca.Bratter@gmlaw.com
MEREDITH H. LEONARD (FLA. BAR NO: 69535)
**(Pro Hac Vice Admission)**
Meredith.Leonard@gmlaw.com
GREENSPOON MARDER, P.A.
Trade Centre South, Suite 700
100 W. Cypress Creek Road, Suite 700
Ft. Lauderdale, FL 33309
954-491-1120 (phone)
954-343-6958(facsimile)

ROBERT S. BOULTER (SBN 153549)
rsb@boulter-law.com
1101 Fifth Avenue, Suite 310
San Rafael, CA 94901
Tel: (415) 233-7100
Fax: (415)233-7101

*Attorneys for Defendants*
*Global Client Solutions, LLC and*
*Rocky Mountain Bank and Trust*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HEATHER NEWTON, individually and behalf of others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>AMERICAN DEBT SERVICES, INC., a California corporation; QUALITY SUPPORT SERVICES, LLC, a California limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; and DOES 1-100,<br><br>      Defendants. | Case No: 3:11-CV-03228-EMC<br><br>CLASS ACTION<br><br>**PR~~OP~~OSED ORDER ON DEFENDANTS GLOBAL CLIENT SOLUTIONS, LLC, ROCKY MOUNTAIN BANK & TRUST, AND PLAINTIFF HEATHER NEWTON'S STIPULATED REQUEST FOR ORDER EXTENDING TIME TO FILE DECLARATIONS** |

THIS CAUSE having come before the Court on Plaintiff Heather Newton ("Plaintiff") and Defendants Rocky Mountain Bank & Trust and Global Client Solutions, LLC (collectively, "Defendants") (all, "Parties") Stipulated Request for an Order extending the time by which RMBT and Global must file and serve their respective declarations establishing that documents designated as confidential are sealable under Civil Local Rule 79-5(d), it is now thereupon,

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The Parties' Stipulation is GRANTED.

2. Defendants' deadline to file their respective declarations establishing that documents designated as confidential are sealable is extended up through and including April 30, 2013.

DONE AND ORDERED in Chambers, at San Francisco, California, on this __26th__ day of April, 2013.



_____
UNITED STATES DISTRICT COURT JUDGE

2
PROPOSED ORDER ON STIPULATION