Tavy A. Dumont, (CSB #244946)
LAW OFFICE OF TAVY A. DUMONT
51 East Campbell Avenue, Suite 106-K
Campbell, California 95008-2054
Telephone: (408) 866-4460
Facsimile: (408) 866-4461
Email: tavy.dumont@dumontlaw.com

William E. Kennedy (CSB #158214)
CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, California 95050
(408) 241-1000 phone
(408) 241-1500 fax
wkennedy@kennedyconsumerlaw.com

*Other counsel listed on signature page*

Attorneys for Plaintiff HEATHER L. NEWTON and others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HEATHER L. NEWTON, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN DEBT SERVICES, INC., et al,<br><br>    Defendants. | **Case No.: 3:11-cv-03228 EMC**<br><br>**CLASS ACTION**<br><br>**[PR~~OPO~~SED] ORDER MODIFYING HEARING DATES AND BRIEFING SCHEDULE FOR PLAINTIFF'S CLASS CERTIFICATION MOTION AND DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>    (Modified by Court) |

THIS CAUSE having come before the Court on the Stipulated Request of Plaintiff Heather L. Newton ("Plaintiff") and Defendants Rocky Mountain Bank & Trust ("RMBT") and Global Client Solutions, LLC ("Global") (collectively, "Defendants") for an Order modifying the hearing dates and briefing schedule for Plaintiff's Motion for Class Certification, and RMBT and Global's Motions for Summary Judgment,

IT IS ORDERED:

1) The hearing on Defendants' Motions for Summary Judgment, currently scheduled for May 30, shall take place on ~~June 20,~~ 27 2013 at 1:30 p.m.  Oppositions are due May 20, and replies are due June 6, 2013.

2) The hearing on Plaintiff's Motion for Class Certification, currently scheduled for June 20, shall take place on ~~June 27, 2013~~ July 18, 2013 at 1:30 p.m.  Oppositions are due May 16, and replies are due June 3, 2013. 3).  CMC is reset from June 27, 2013 at 10:30 a.m. to 1:30 p.m. Updated joint CMC statetment due 7 days prior.

DONE AND ORDERED in Chambers, at San Francisco, California, on this ___30th___ day of April, 2013.



_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

Page 1