1  RICHARD W. EPSTEIN (FLA. BAR NO: 229091)
   **(Pro Hac Vice Admission)**
2  Richard.Epstein@gmlaw.com
   REBECCA F. BRATTER (FLA. BAR NO: 0685100)
3  **(Pro Hac Vice Admission)**
   Rebecca.Bratter@gmlaw.com
4  MEREDITH H. LEONARD (FLA. BAR NO: 69535)
   **(Pro Hac Vice Admission)**
5  Meredith.Leonard@gmlaw.com
6  GREENSPOON MARDER, P.A.
   Trade Centre South, Suite 700
7  100 W. Cypress Creek Road, Suite 700
   Ft. Lauderdale, FL 33309
8  954-491-1120 (phone)
9  954-343-6958(facsimile)

10 ROBERT S. BOULTER (SBN 153549)
   rsb@boulter-law.com
11 1101 Fifth Avenue, Suite 310
   San Rafael, CA 94901
12 Tel: (415) 233-7100
13 Fax: (415)233-7101

14 *Attorneys for Defendants*
   *Global Client Solutions, LLC and*
15 *Rocky Mountain Bank and Trust*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HEATHER NEWTON, individually and behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN DEBT SERVICES, INC., a California corporation; QUALITY SUPPORT SERVICES, LLC, a California limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; and DOES 1-100,<br><br>    Defendants. | ) Case No: 3:11-cv-03228-EMC<br>)<br>) CLASS ACTION<br>)<br>) P~~ROPO~~SED **ORDER DEFENDANTS GLOBAL CLIENT SOLUTIONS, LLC, ROCKY MOUNTAIN BANK & TRUST AND PLAINTIFF HEATHER NEWTON'S AND STIPULATED REQUEST FOR A BRIEF ONE-DAY EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSE IN OPPOSITION TO MOTION FOR CLASS CERTICATION**<br>)<br>) |

PROPOSED ORDER ON STIPULATION

1 THIS CAUSE having come before the Court on Plaintiff Heather Newton ("Plaintiff") and Defendants Rocky Mountain Bank & Trust and Global Client Solutions, LLC (collectively, "Defendants") (all, "Parties") Stipulated Request for an Order extending the time, by one day, by which RMBT and Global must file and serve their Response in Opposition to Plaintiff's Motion for Class Certification, it is now thereupon,

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The Parties' Stipulation is GRANTED.
2. The deadline for RMBT and Global to file and serve their Response in Opposition to Plaintiff's Motion for Class Certification, is extended up through and including May 17, 2013.

DONE AND ORDERED in Chambers, at San Francisco, California, on this ____17__ day of May, 2013.



_____
UNITED STATES DISTRICT JUDGE

13124080.1