RICHARD W. EPSTEIN (FLA. BAR NO: 229091)
**(Pro Hac Vice Admission)**
Richard.Epstein@gmlaw.com
REBECCA F. BRATTER (FLA. BAR NO: 0685100)
**(Pro Hac Vice Admission)**
Rebecca.Bratter@gmlaw.com
MEREDITH H. LEONARD (FLA. BAR NO: 69535)
**(Pro Hac Vice Admission)**
Meredith.Leonard@gmlaw.com
GREENSPOON MARDER, P.A.
Trade Centre South, Suite 700
100 W. Cypress Creek Road, Suite 700
Ft. Lauderdale, FL 33309
954-491-1120 (phone)
954-343-6958(facsimile)

ROBERT S. BOULTER (SBN 153549)
rsb@boulter-law.com
1101 Fifth Avenue, Suite 310
San Rafael, CA 94901
Tel: (415) 233-7100
Fax: (415)233-7101

*Attorneys for Defendants*
*Global Client Solutions, LLC and*
*Rocky Mountain Bank and Trust*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HEATHER NEWTON, individually and behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN DEBT SERVICES, INC., a California corporation; QUALITY SUPPORT SERVICES, LLC, a California limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; and DOES 1-100, <br><br> Defendants. | ) Case No:  3:11-cv-03228-EMC <br> ) <br> ) CLASS ACTION <br> ) <br> ) **PROPOSED ORDER GRANTING** <br> ) **DEFENDANTS GLOBAL CLIENT** <br> ) **SOLUTIONS, LLC, ROCKY** <br> ) **MOUNTAIN BANK & TRUST AND** <br> ) **PLAINTIFF HEATHER NEWTON'S** <br> ) **STIPULATED REQUEST FOR** <br> ) **EXTENSIONS OF TIME TO FILE** <br> ) **THEIR RESPECTIVE REPLY BRIEFS** <br> ) **TO THE PENDING MOTIONS FOR** <br> ) **SUMMARY JUDGMENT AND** <br> ) **MOTION FOR CLASS** <br> ) **CERTIFICATION** |

1  THIS CAUSE having come before the Court on Plaintiff Heather Newton ("Plaintiff") and Defendants Rocky Mountain Bank & Trust ("RMBT") and Global Client Solutions, LLC ("Global") (all, "Parties") Stipulated Request for an Order permitting the Parties extensions of time within which to file their respective Reply briefs to the pending Motions for Summary Judgment and Motion for Class Certification, it is now thereupon,

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The Parties' Stipulation is GRANTED.

2. The deadline for RMBT and Global to file and serve their respective Reply briefs in support of their respective Motions for Summary Judgment is extended up through and including **June 13, 2013**; and the deadline for Plaintiff to file her Reply brief in support of her Motion for Class Certification, is extended up through and including **June 13, 2013**.

DONE AND ORDERED in Chambers, at San Francisco, California, on this ___24th___ day of May, 2013.

13225395.1

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

Judge Edward M. Chen