RICHARD W. EPSTEIN (FLA. BAR NO: 229091)
**(Pro Hac Vice Admission)**
Richard.Epstein@gmlaw.com
REBECCA F. BRATTER (FLA. BAR NO: 0685100)
**(Pro Hac Vice Admission)**
Rebecca.Bratter@gmlaw.com
MEREDITH H. LEONARD (FLA. BAR NO: 69535)
**(Pro Hac Vice Admission)**
Meredith.Leonard@gmlaw.com
GREENSPOON MARDER, P.A.
200 East Broward Blvd., Suite 1500
Ft. Lauderdale, FL 33301
954-491-1120 (phone)
954-343-6958(facsimile)

ROBERT S. BOULTER (SBN 153549)
rsb@boulter-law.com
1101 Fifth Avenue, Suite 235
San Rafael, CA 94901
Tel: 415-233-7100
Fax: 415-233-7101

*Attorneys for Defendants*
*Global Client Solutions, LLC and*
*Rocky Mountain Bank and Trust*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| HEATHER NEWTON, individually and behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN DEBT SERVICES, INC., a California corporation; QUALITY SUPPORT SERVICES, LLC, a California limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; and DOES 1-100, <br><br> Defendants. | Case No: 3:11-cv-03228-EMC <br><br> CLASS ACTION <br><br> **PROPOSED ORDER GRANTING DEFENDANTS GLOBAL CLIENT SOLUTIONS, LLC, ROCKY MOUNTAIN BANK & TRUST AND PLAINTIFF HEATHER NEWTON'S STIPULATED REQUEST FOR EXTENSIONS OF TIME TO COMPLETE SETTLEMENT CONFERENCE AND RESCHEDULE CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR SEPTEMBER 5, 2013** |

THIS CAUSE having come before the Court on Defendants Rocky Mountain Bank & Trust ("RMBT") and Global Client Solutions, LLC ("Global") and Plaintiff Heather Newton ("Plaintiff") (all, "Parties") Stipulated Request for to Extend Time to Complete Settlement Conference and Reschedule Case Management Conference currently set for September 5, 2013, it is now thereupon,

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The Parties' Stipulation is GRANTED.
2. The Settlement Conference is scheduled for September 30, 2013 before Judge Westmore.
3. The Case Management Conference is rescheduled from September 5, 2013 to 10/10/13 at 10:30 a.m.   Updated joint CMC statement shall be filed by 10/3/13.

DONE AND ORDERED in Chambers, at San Francisco, California, on this 19th day of July, 2013.



_____
RICT COURT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen