RICHARD W. EPSTEIN (FLA. BAR NO: 229091)
**(Pro Hac Vice Admission)**
Richard.Epstein@gmlaw.com
REBECCA F. BRATTER (FLA. BAR NO: 0685100)
**(Pro Hac Vice Admission)**
Rebecca.Bratter@gmlaw.com
MEREDITH H. LEONARD (FLA. BAR NO: 69535)
**(Pro Hac Vice Admission)**
Meredith.Leonard@gmlaw.com
GREENSPOON MARDER, P.A.
200 E. Broward Blvd., Suite 1500
Ft. Lauderdale, FL 33301
Tel: (954) 491-1120
Fax: (954) 343-6958

ROBERT S. BOULTER (SBN 153549)
rsb@boulter-law.com
1101 Fifth Avenue, Suite 310
San Rafael, CA 94901
Tel: (415) 233-7100
Fax: (415)233-7101

*Attorneys for Defendants*
*Global Client Solutions, LLC and*
*Rocky Mountain Bank and Trust*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HEATHER NEWTON, individually and behalf of others similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>AMERICAN DEBT SERVICES, INC., a California corporation; QUALITY SUPPORT SERVICES, LLC, a California limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; and DOES 1-100,<br><br>             Defendants. | Case No: 3:11-CV-03228-EMC<br><br>CLASS ACTION<br><br>**P~~ROPOSE~~D ORDER GRANTING DEFENDANTS GLOBAL CLIENT SOLUTIONS, LLC AND ROCKY MOUNTAIN BANK & TRUST AND PLAINTIFF HEATHER NEWTON'S STIPULATED REQUEST FOR EXTENSION OF DEADLINES PERTAINING TO THE MOTION FOR CLASS CERTIFICATION AND REQUEST FOR POSTPONEMENT OF CASE MANAGEMENT CONFERENCE** |

THIS CAUSE having come before the Court on Plaintiff Heather Newton ("Plaintiff")

and Defendants Rocky Mountain Bank & Trust ("RMBT") and Global Client Solutions, LLC ("Global") (all, "Parties") Stipulated Request for an Order permitting a brief extension of deadlines pertaining to Plaintiff's forthcoming Motion for Class Certification and rescheduling the Case Management Conference and hearing on Plaintiff's Motion for Class Certification, it is now thereupon,

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The Parties' Stipulation is GRANTED.
2. Plaintiff shall have up through and including **June 6, 2014**, in which to file her motion for class certification;
3. Defendants Global and RMBT shall have up through and including **June 20, 2014**, in which to file their respective responses to Plaintiff's motion for class certification;
4. Plaintiff shall have up to and including **June 27, 2014**, in which to file her reply brief in support of her motion for class certification.
5. The Case Management Conference scheduled for May 29, 2014 and the hearing on Plaintiff's motion for class certification scheduled for May 29, 2014, are both hereby rescheduled to **July 10, 2014 at 1:30 p.m**.

DONE AND ORDERED in Chambers, at San Francisco, California, on this \_\_12th\_\_ day of March, 2014.



_____
UNITED STATES DISTRICT JUDGE

2
PROPOSED ORDER ON STIPULATION