1  Tavy A. Dumont, (CSB #244946)
   LAW OFFICE OF TAVY A. DUMONT
2  101 Cooper St., Suite 223
   Santa Cruz, CA  95060
3  phone: (831) 288-0714
   fax: (831) 515-5013
4  Email:  tavy.dumont@dumontlaw.com
5
   William E. Kennedy (CSB #158214)
6  CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY
   2797 Park Avenue, Suite 201
7  Santa Clara, California 95050
   (408) 241-1000 phone
8  (408) 241-1500 fax
   wkennedy@kennedyconsumerlaw.com
9
10 Attorneys for Plaintiff
   HEATHER L. NEWTON
11 and the Proposed Class
12
13 *Other counsel listed on signature page*
14              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
15              **SAN FRANCISCO DIVISION**
16
17 HEATHER L. NEWTON, individually and on        **Case No.:  3:11-cv-03228  EMC**
   behalf of others similarly situated,
18                                               **CLASS ACTION**
           Plaintiff,
19                                               **[PROPOSED] ORDER GRANTING**
   v.                                            **DEFENDANTS GLOBAL CLIENT**
20                                               **SOLUTIONS, LLC AND ROCKY MOUNTAIN**
   AMERICAN DEBT SERVICES, INC., et al,          **BANK & TRUST AND PLAINTIFF HEATHER**
21                                               **NEWTON'S STIPULATED REQUEST FOR**
           Defendants.                           **EXTENSION OF DEADLINES PERTAINING**
22                                               **TO 1) DISCOVERY REQUESTS, 2)**
                                                 **SUMMARY JUDGMENT MOTION, AND 3)**
23                                               **CLASS CERTIFICATION MOTION, AND**
                                                 **CONTINUING CASE MANAGEMENT**
24                                               **CONFERENCE**
25
26
27
28

[PROPOSED] ORDER REGARDING STIPULATED REQUESTS RE: EXTENSION OF TIME
                                            CASE NO. 3:11-CV-03228 EMC

1

2

3

4

5

6

7

THIS CAUSE having come before the Court on the Stipulated Request of Plaintiff Heather L. Newton ("Plaintiff") and Defendants Rocky Mountain Bank & Trust ("RMBT") and Global Client Solutions, LLC ("Global") (collectively, "Defendants") for an extension of deadlines pertaining to 1) production of discovery responses required by Judge Spero's May 13, 2014 discovery order, 2) summary judgment motion, and 3) class certification motion, and continuing the Case Management Conference;

8

9

**IT IS ORDERED:**

10

11

12

13

14

15

16

Defendants' deadline for service of documents and responses ordered by Judge Spero in May 13, 2014 order [Docket #237] is continued from May 27, 2014 to **June 17, 2014**

Plaintiff's Opposition to Summary Judgment motion due on **July 10, 2014**

Defendant's Reply on Summary Judgment motion due on **July 24, 2014**

Hearing on Defendants' Motion for Summary Judgment is continued from June 19, 2014 to **August ~~7~~ 14, 2014, 1:30 p.m.**

17

Case Management Conference is continued from July 10, 2014 to **August ~~7~~ 14, 2014 at 1:30 p.m.**

18

19

Deadline for Plaintiff to file Motion for Class Certification is continued from June 6, 2014 to **September 25, 2014**

20

Opposition to Motion for Class Certification due: **October 16, 2014**

21

Reply on Motion for Class Certification due: **October 30, 2014**

22

23

Hearing on Motion for Class Certification is continued from July 10, 2014 to **November 13, 2014, 1:30 p.m.**

24

25

**SO ORDERED**

26

27

28

Page 1

[PROPOSED] ORDER REGARDING STIPULATED REQUESTS RE: EXTENSION OF TIME

CASE NO. 3:11-CV-03228 EMC

1

2          DONE AND ORDERED in Chambers, at San Francisco, California, on this _____29th_____day of

3     May, 2014.

4

5

6     _____
      UNITED STATES DISTRICT JUDGE

7

8                         IT IS SO ORDERED
                          AS MODIFIED

9                         Judge Edward M. Chen

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              Page 2

[PROPOSED] ORDER REGARDING STIPULATED REQUESTS RE: EXTENSION OF TIME
                                    CASE NO. 3:11-CV-03228 EMC