RICHARD W. EPSTEIN (FLA. BAR NO: 229091)
**(Pro Hac Vice Admission)**
Richard.Epstein@gmlaw.com
REBECCA F. BRATTER (FLA. BAR NO: 0685100)
**(Pro Hac Vice Admission)**
Rebecca.Bratter@gmlaw.com
MEREDITH H. LEONARD (FLA. BAR NO: 69535)
**(Pro Hac Vice Admission)**
Meredith.Leonard@gmlaw.com
GREENSPOON MARDER, P.A.
200 E. Broward Blvd., Suite 1500
Ft. Lauderdale, FL 33301
Tel: (954) 491-1120
Fax: (954) 343-6958

ROBERT S. BOULTER (SBN 153549)
rsb@boulter-law.com
1101 Fifth Avenue, Suite 310
San Rafael, CA 94901
Tel: (415) 233-7100
Fax: (415)233-7101

*Attorneys for Defendants*
*Global Client Solutions, LLC and*
*Rocky Mountain Bank and Trust*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| HEATHER NEWTON, individually and behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN DEBT SERVICES, INC., a California corporation; QUALITY SUPPORT SERVICES, LLC, a California limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; and DOES 1-100, <br><br> Defendants. | Case No: 3:11-cv-03228-EMC <br><br> CLASS ACTION <br><br> ~~PROPO~~SED ORDER GRANTING DEFENDANTS GLOBAL CLIENT SOLUTIONS, LLC AND ROCKY MOUNTAIN BANK & TRUST AND PLAINTIFF HEATHER NEWTON'S STIPULATED REQUEST FOR EXTENSION OF DEADLINES PERTAINING TO 1) DISCOVERY REQUESTS, 2) SUMMARY JUDGMENT MOTION, AND 3) CLASS CERTIFICATION MOTION AND TO CONTINUE CASE MANAGEMENT CONFERENCE (modified) |

THIS CAUSE having come before the Court on Defendants Rocky Mountain Bank & Trust ("RMBT") and Global Client Solutions, LLC ("Global") (collectively, "Defendants") and Plaintiff Heather L. Newton's ("Plaintiff") Stipulated Request for an Order: 1) Continuing the deadline for Defendants to comply with Judge Spero's May 13, 2014 discovery order [Docket #237] ("Discovery Order"); 2) Continuing the hearing date and briefing schedule for Defendants' pending summary judgment motion; and 3) Continuing the hearing date and briefing schedule for Plaintiff's motion for class certification, and continuing the Case Management Conference, it is now thereupon,

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The Parties' Stipulation is **GRANTED**.
2. The following deadlines, hearing dates, and Case Management Conference date hereby replace the deadlines and dates in the Court's May 29, 2014 Order [Docket #241]:
    a. Defendants shall have up through and including **August 1, 2014** in order to complete the production of documents referenced in this Court's May 13, 2014 Discovery Order [Docket #237];
    b. Plaintiff's Opposition to Motion for Summary Judgment shall be due on **September 19, 2014**;
    c. Defendant's Reply on Motion for Summary Judgment shall be due on **October 3, 2014**;
    d. Hearing on Defendants' Motion for Summary Judgment shall occur on **October ~~23~~ 21, 2014**, at **1:30 p.m.**;
    e. Case Management Conference shall occur on **October ~~23~~ 21, 2014**, at **1:30 p.m.**;
    f. Plaintiff's Motion for Class Certification shall be due on **December 8, 2014**;

g. Defendants' Opposition to Motion for Class Certification shall be due on **January 9, 2015**;

h. Plaintiff's Reply on Motion for Class Certification shall be due on **January 29, 2015**;

i. Hearing on Motion for Class Certification shall occur on **February 12, 2015,** at **1:30 p.m.**

DONE AND ORDERED in Chambers, at San Francisco, California, on this ____20th____ day of June, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen