RICHARD W. EPSTEIN (FLA. BAR NO: 229091)
**(Pro Hac Vice Admission)**
Richard.Epstein@gmlaw.com
REBECCA F. BRATTER (FLA. BAR NO: 0685100)
**(Pro Hac Vice Admission)**
Rebecca.Bratter@gmlaw.com
JEFFREY A. BACKMAN (FLA. BAR NO: 662501)
**(Pro Hac Vice Admission)**
Jeffrey.Backman@gmlaw.com
MEREDITH H. LEONARD (FLA. BAR NO: 69535)
**(Pro Hac Vice Admission)**
Meredith.Leonard@gmlaw.com
GREENSPOON MARDER, P.A.
200 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
954.491.1120 (phone)
954.343.6958 (facsimile)

ROBERT S. BOULTER (SBN 153549)
rsb@boulter-law.com
1101 Fifth Avenue, Suite 235
San Rafael, CA 94901
415.233.7100 (phone)
415.233.7101 (facsimile)

*Attorneys for Global Client Solutions, LLC
and Rocky Mountain Bank and Trust*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| HEATHER NEWTON, individually and behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN DEBT SERVICES, INC., a California corporation; QUALITY SUPPORT SERVICES, LLC, a California limited liability company; GLOBAL CLIENT SOLUTIONS, LLC; ROCKY MOUNTAIN BANK AND TRUST; and DOES 1-100,<br><br>Defendants. | Case No: 3:11-cv-03228-EMC<br><br>CLASS ACTION<br><br>**P~~ROPO~~SED ORDER GRANTING DEFENDANTS GLOBAL CLIENT SOLUTIONS, LLC AND ROCKY MOUNTAIN BANK & TRUST AND PLAINTIFF HEATHER NEWTON'S STIPULATED REQUEST FOR BRIEF TWO (2) BUSINESS DAY EXTENSION OF DEADLINE FOR DEFENDANTS TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

1  THIS CAUSE having come before the Court on Defendants Rocky Mountain Bank & Trust ("RMBT") and Global Client Solutions, LLC ("Global") (collectively, "Defendants") and Plaintiff Heather L. Newton's ("Plaintiff") Stipulated Request for an Order granting RMBT and Global a brief two (2) business day extension of time, of up through and including **November 3, 2014**, in which to file their Reply Brief to Plaintiff's Opposition to Defendants' Motion for Summary Judgment, it is now thereupon,

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The Parties' Stipulation is **GRANTED**.
2. Defendants shall have up through and including **November 3, 2014**, in which to file their Reply Brief to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

DONE AND ORDERED in Chambers, at San Francisco, California, on this ___3rd___ day of ~~October~~ Nov, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE



2
PROPOSED ORDER ON STIPULATION