UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HEATHER L NEWTON,

Plaintiff,

v.

AMERICAN DEBT SERVICES, INC, et al.,

Defendants.

Case No.  11-cv-03228-EMC   (KAW)

**ORDER REGARDING 02/09/15 SETTLEMENT CONFERENCE**

This case is set for a further settlement conference on February 9, 2015.  The parties shall lodge updated settlement conference statements by no later than February 2, 2015.  The parties may also lodge updated confidential letters by that date.

The parties shall comply with Judge Westmore's Settlement Conference Order, available online at http://cand.uscourts.gov/kaworders.

**IT IS SO ORDERED**.

Dated: 01/15/2015

KANDIS A. WESTMORE
United States Magistrate Judge