UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER L NEWTON,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN DEBT SERVICES, INC, et al.,<br><br>Defendants. | Case No. 11-cv-03228-EMC   (JCS)<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED**<br><br>Re: Dkt. No. 293 |

In accordance with Judge Chen's Order filed April 15, 2015 (ECF Dkt. 293) Defendants and their counsel are hereby ORDERED TO SHOW CAUSE, on or before **May 15, 2015, at 9:30 a.m.,** in Courtroom G of this Court, 450 Golden Gate Avenue, San Francisco, CA, why sanctions should not be imposed for 1. Service of a subpoena and document requests on counsel for Plaintiff,  2. Opposing Plaintiff's Motion to Quash the Subpoena and Document Requests, 3. Seeking relief from this Court's non dispositive order granting the Motion to Quash, and 4. Failing to comply with the standing discovery Order of this Court, by failing to have lead trial counsel attend the in person meet and confer.  Any written response to this Order to Show Cause shall be served and filed no later than **May 1, 2015**.  Any reply to those responses shall be served and filed on or before **May 8, 2015.**

**IT IS SO ORDERED.**

Dated: April 23, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge