Tavy A. Dumont (CSB #244946)
LAW OFFICE OF TAVY A. DUMONT
101 Cooper Street, Suite 223
Santa Cruz, CA  95060
Telephone: (831) 288-0714
Facsimile: (831) 515-5013
tavy.dumont@dumontlaw.com

William E. Kennedy (CSB #158214)
CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, California 95050
Telephone: (408) 241-1000
Facsimile: (408) 241-1500
wkennedy@kennedyconsumerlaw.com

Attorneys for Plaintiff
HEATHER L. NEWTON and the Proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HEATHER L. NEWTON, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN DEBT SERVICES, INC., et al,<br><br>　　　　Defendants. | **Case No.:  3:11-cv-03228  EMC**<br><br>**[P~~ROPOSED~~] ORDER ON ADMINISTRATIVE MOTION TO SEAL**    (Denied)<br><br>Hearing Date: May 21, 2015<br>Hearing Time:  1:30 p.m.<br>Room:  Courtroom 5, 17th Floor<br>Action filed:  June 29, 2011<br>Trial date:  None Set |

**ORDER**

Before the Court is Plaintiff Heather L. Newton's Administrative Motion to seal portions of Plaintiff's Motion for Class Certification and supporting documents that attach or refer to documents designated confidential by Defendant Global Client Solutions, LLC or Defendant Rocky Mountain Bank & Trust, Inc., as follows:

| DOCUMENT | PORTION SOUGHT TO BE SEALED |
| --- | --- |
| Plaintiff Heather L. Newton's Motion for Class Certification | Page 6, lines 26-27; page 8, line 8; and page 17, lines 16-18 and 20-21 |
| Declaration of Tavy A. Dumont in Support of Plaintiff Heather L. Newton's Motion for Class Certification | Page 1, lines 15-16, 19-21 and 24-26; and page 2, lines 1-2, 3-4, and 5-6 |
| Exhibit 2 to Dumont Declaration | In its entirety |
| Exhibit 3 to Dumont Declaration | In its entirety |
| Exhibit 4 to Dumont Declaration | In its entirety |
| Exhibit 5 to Dumont Declaration | In its entirety |
| Exhibit 6 to Dumont Declaration | In its entirety |

The Court having considered the papers, and good cause appearing, the administrative motion is  __Denied__. Class certification motion/further cmc remains set for 5/21/15 at 1:30 p.m.

**IT IS SO ORDERED.**



Page 1

[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO SEAL          CASE NO. 3:11-CV-03228 EMC