**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER L. NEWTON,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICAN DEBT SERVICES, INC., *et al.*,<br><br>        Defendants.<br>_____/ | No. C-11-3228 EMC<br><br>**ORDER REGARDING PROPOSED CLASS NOTICE**<br><br>**(Docket No. 314)** |

        On June 30, 2015, the parties submitted two versions of a proposed notice to class members in this certified class action. Docket No. 314. Newton is hereby directed to submit a copy of the Plaintiff's proposed notice[1] in Microsoft Word format to the Court at the following email address: emccrd@cand.uscourts.gov. The Court will then make any changes to the class notice, and provide its proposed version of the notice to the parties for final review and comment.

        In their filing of June 30, the parties indicated that they anticipate that class notice will be disseminated by U.S. Mail. Docket No. 314. The parties included no details regarding the logistics of the precise dissemination plan in their joint filing. The parties are hereby ordered to file a supplemental declaration containing the details of the parties' proposed notice plan. For instance, the parties shall discuss where any address information will come from, what will happen if Defendants' address information for a class member is no longer accurate, whether class members

---

[1] By requesting Newton's version of notice, the Court is not indicating one way or another whether the Court may ultimately adopt the language regarding the statute of limitations that Defendants' challenge. The Court simply wants to receive one document, and the Plaintiff's proposed notice contains all of the same information as Defendants', as well as the additional challenged statement regarding the limitations period.

should receive an alternative form of notice (*e.g.*, email notice), etc... Assuming the parties intend to rely at least in part on mailed notice, the parties shall also file with the Court their proposed envelope design, and submit a Word version of any such design(s) to the Court for its review at the email address above. The Court directs the parties to the Federal Judicial Center website, which contains exemplars of possible envelope designs for mailed class notices. The parties shall comply with this Order no later than Tuesday, July 7, 2015.

    IT IS SO ORDERED.

Dated: July 1, 2015

_____
EDWARD M. CHEN
United States District Judge