UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER L. NEWTON, | No. C-11-3228 EMC |
| Plaintiff, | |
| v. | **ORDER REGARDING COURT'S PROPOSED CLASS NOTICE** |
| AMERICAN DEBT SERVICES, INC., *et al.*, | |
| Defendants. | |

    The Court has reviewed the parties' jointly submitted class notice, Docket No. 314, and has made a number of suggested changes. A redlined and clean copy of the Court's proposed class notice are attached to this Order, and a copy of the proposed notice will be emailed to the parties in Microsoft Word format. The parties shall file any objections or corrections to the Court's proposed notice no later than Tuesday, July 7, 2015.

    IT IS SO ORDERED.

Dated: July 2, 2015

_____
EDWARD M. CHEN
United States District Judge