1  Tavy A. Dumont (CSB #244946)
   LAW OFFICE OF TAVY A. DUMONT
2  101 Cooper Street, Suite 223
3  Santa Cruz, CA  95060
   Telephone: (831) 288-0714
4  Facsimile: (831) 515-5013
5  tavy.dumont@dumontlaw.com

6  William E. Kennedy (CSB #158214)
   CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY
7  2797 Park Avenue, Suite 201
   Santa Clara, California 95050
8  Telephone: (408) 241-1000
9  Facsimile: (408) 241-1500
   wkennedy@kennedyconsumerlaw.com
10
11 Attorneys for Plaintiff
   HEATHER L. NEWTON and the Proposed Class
12
13
                    **UNITED STATES DISTRICT COURT**
14
                    **NORTHERN DISTRICT OF CALIFORNIA**
15
                         **SAN FRANCISCO DIVISION**
16

| HEATHER L. NEWTON, individually and on behalf of others similarly situated, | **Case No.:  3:11-cv-03228  EMC** |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO SEAL** |
| v. | Hearing Date: December 17, 2015<br>Hearing Time:  1:30 p.m. |
| AMERICAN DEBT SERVICES, INC., et al, | Room:  Courtroom 5, 17th Floor<br>Action filed:  June 29, 2011 |
| Defendants. | Trial date:  April 25, 2015 |

**ORDER**

Before the Court is Plaintiff Heather L. Newton's Administrative Motion to seal the Supplemental Declaration of Tavy A. Dumont in Support of Motion for Preliminary Approval of Settlement, which attached the time records of Plaintiff's counsel, and was ordered filed under seal (see ECF No. 330).

The Court having considered the papers, and good cause appearing, the administrative motion is GRANTED.

**IT IS SO ORDERED.**



Page 1

[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO SEAL        CASE NO. 3:11-CV-03228 EMC